The matters in dispute having been settled herein by amicable agreement, a decree was entered in accordance with such settlement, and in all respects like the one in *Oregon Land Company* v. *Stubbings, ante,* p. 579.

MODIFIED.

[Decided November 8, 1897.]

## SHORNO *v.* KIEFER.

Suit by L. C. Shorno against M. B. Kiefer and others to enjoin the collection of a certain judgment. Decree for defendants, from which plaintiff appeals.

*Messrs. Cake & Cake,* for appellant.

*Mr. Benjamin P. Welch,* for respondents.

It appearing that the parties had agreed that the appeal should be dismissed, it was so ordered.

DISMISSED.

[Decided October 7, 1897.]

## FARWELL *v.* NEEDHAM.
(41 Pac. 936.)

From Linn: GEORGE H. BURNETT, Judge.

*Messrs. George G. Bingham* and *Thomas H. Tongue,* for appellant.

No appearance for respondent.